# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX J. MONROE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 16-08297 BRO (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

　　　IT IS SO ORDERED.

DATED: December 19, 2016

By: _____
　　　Honorable Beverly R. O'Connell
　　　United States District Court Judge